**Expedited hearing shall be held on 8/11/2015 at 09:30 AM in SA Courtroom 3. Movant is responsible for notice.**

# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

**Dated: August 04, 2015**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY NO. 15-51618 |
| | § | |
| BOLLINGER INVESTMENT PARTNERS, LTD. | § | |
| DBA TOP OF THE HILL RV RESORT | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 PROCEEDING |

### ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME PERIOD FOR NOTICE UNDER RULE 9006(c)(1) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE WITH RESPECT TO THE EMERGENCY MOTION FOR STAY PENDING APPEAL

This matter coming before the Court on the Emergency Motion for a Stay Pending Appeal, dated August 3, 2015 (the "Emergency Motion") and the Application for Order Shortening Time Period for Notice Under Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure with Respect to the Emergency Motion for a Stay Pending Appeal (the "Application"); the Court having reviewed the Application; and for good cause shown;

It is hereby ORDERED that:

A hearing on the Emergency Motion to Stay Pending Appeal will be held as indicated above at the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, 615 E. Houston, San Antonio, Texas, in Courtroom No. 3 with all responses or objections to the Emergency Motion, if any, due at that time.

###

**ORDER PREPARED BY:**

DEAN W. GREER
2929 Mossrock, Suite 117
San Antonio, Texas 78230
(210) 342-7100
(210) 342-3633 - Telecopier
State Bar No. 08414100
**ATTORNEY FOR DEBTOR**